United States District Court
Southern District of Texas
**ENTERED**
November 18, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION
CASE NO.: 4:16-cv-2719

FRANK NEAL AND JOSEPH BONNER,

        Plaintiffs,

vs.

TEMCO INC.

        Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court upon the Plaintiff's Stipulation of Voluntary Dismissal with Prejudice, and the Court having reviewed this matter and being otherwise fully advised in the premises, it is hereby:

**ORDERED and ADJUDGED** that this action is hereby **DISMISSED** with prejudice; each party is to bear its own costs and fees.

_[signature]_   11/17/16
UNITED STATES DISTRICT JUDGE